UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDENCIO CANO ARMENTA,
                 Plaintiff,

-v-

SINGAPORE GRILL NY INC., *et al.*,
                 Defendants.

24-CV-1261 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant Yeo's request for an extension of time is GRANTED. Mr. Yeo shall file a letter with the Court stating whether he has secured counsel on or before January 13, 2025. If Mr. Yeo fails to secure counsel before then, the Court will presume he intends to proceed *pro se*. In any event, Mr. Yeo or his counsel shall respond to Plaintiffs' request for relief based on inadequacies in Mr. Yeo's 30(b)(6) deposition and alleged spoliation of evidence (ECF No. 62) on or before January 27, 2025. If he fails to do so, the Court may draw adverse inferences against him and/or enter a default judgment in favor of Plaintiffs.

    The Clerk's Certificate of Default as to Jimmy Yeo (ECF No. 82) is hereby VACATED.

    The Clerk of Court is directed to mail a copy of this order to Mr. Yeo at 25-23 125th Street, First Floor, Flushing, New York, 11354. The Clerk of Court is also directed to terminate the motion at ECF No. 84.

    SO ORDERED.

Dated: December 13, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge