UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIDENCIO CANO ARMENTA, *et al.*,

                        Plaintiffs,

      -v-

SINGAPORE GRILL NY INC., *et al.*,

                        Defendants.

24-CV-1261 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      In light of the pre-settlement conference call recently scheduled for January 21, 2025, the deadline for Defendant Yeo to respond to Plaintiffs' discovery disputes is EXTENDED to February 10, 2025. Mr. Yeo's request for a further extension of time for him to secure counsel (ECF No. 95) is DENIED and the Court presumes, for now, that he is proceeding *pro se* (that is, representing himself). However, Mr. Yeo is reminded that he may still secure professional counsel at any point in the future, should he choose to do so.

      Accordingly, Mr. Yeo should, from now on, submit all papers to the Court in one of the following ways:

    a. emailing them as an attachment in PDF format to prose@nysd.uscourts.gov, per the instructions contained in the April 1, 2020 Addendum to the Court's ECF Rules & Instructions, available at: https://www.nysd.uscourts.gov/electronic-case-filing; or

    b. mailing them or delivering them in person to the following address:

        U.S. District Court
        Southern District of New York
        Pro Se Intake Unit, Room 205
        500 Pearl Street
        New York, New York 10007

Mr. Yeo may contact the court's Pro Se Intake Unit should he have any procedural questions about his case. The Pro Se Intake Unit cannot provide legal advice. The Intake Unit is located at the United States District Court for the Southern District of New York, 500 Pearl Street, Room 250, 2nd Floor, New York, New York 10007, and the phone number is (212) 805-0175. For additional information on the Court's practices in *pro se* cases, Mr. Yeo may refer to the Individual Rules of Practice in Pro Se Cases, which are available at: https://nysd.uscourts.gov/hon-j-paul-oetken.

Mr. Yeo is further advised that a Pro Se Law Clinic recently opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic may be able to provide him with advice in connection with the case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). To make an appointment, Mr. Yeo must complete the City Bar Justice Center's intake form. If Mr. Yeo has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.

In addition, the Court again encourages Mr. Yeo to consent to receive electronic service through the ECF System. To do so, he should review the instructions available at https://www.nysd.uscourts.gov/sites/ default/files/2021-03/Consent_Pro-Se_Eservice-

Instructions.pdf, and then submit a Consent to Electronic Service (available at

https://www.nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf).

    The Clerk of Court is directed to mail a copy of this Order to Mr. Yeo.

    SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                        J. PAUL OETKEN
                                  United States District Judge