UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIDENCIO CANO ARMENTA and MOISES GARCÍA SANTIAGO,<br><br>        Plaintiffs,<br><br>v.<br><br>SINGAPORE GRILL NY INC. D/B/A MALAYSIA GRILL and JIMMY YEO A/K/A HOON CHYE YEO,<br><br>        Defendants. | Case No.: 1:24-cv-1261 (JPO) (OTW)<br><br>**DEFAULT JUDGMENT ORDER** |

    This action having been commenced on February 20, 2024 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been duly served on Defendant Singapore Grill NY Inc. d/b/a Malaysia Grill ("Malaysia Grill") on February 23, 2024, and proof of service having been filed on February 27, 2024; and Defendant Malaysia Grill not having appeared with new counsel, and the time for appearing with new counsel having expired, and the Clerk of the Court having issued its certificate of default against Defendant Malaysia Grill on November 26, 2024; it is hereby ORDERED, ADJUDGED, and DECREED that:

    Plaintiff Fidencio Cano Armenta has a judgment against Defendant Malaysia Grill in a sum of $65,874.00, plus liquidated damages totaling $65,874.00, plus the amount owed for notice violations pursuant to NYLL §§ 195(1) and 195(3) totaling $10,000.00, plus prejudgment interest totaling $13,598.73, plus unlawful deductions totaling $2,635.00, for a total of $157,981.73;

    Plaintiff Moises García Santiago has a judgment against Defendant Malaysia Grill in a sum of $206,500.50, plus liquidated damages totaling $206,500.50, plus the amount owed for notice violations pursuant to NYLL §§ 195(1) and 195(3) totaling $10,000.00, plus prejudgment interest totaling $82,717.85, plus unlawful deductions totaling $2,800.00, for a total of $508,518.85;

2

      Plaintiffs' counsel Catholic Migration Services be awarded $30,960.00 in attorneys' fees and costs; and

      If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

*The Clerk is directed to terminate the motion at ECF No. 88.*

SO ORDERED:

Dated: February 13, 2025
       New York, New York

                                                              J. PAUL OETKEN
                                                          United States District Judge