UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDENCIO CANO ARMENTA, *et al.*,
                              Plaintiffs,

              -v-

SINGAPORE GRILL NY INC., *et al.*,
                              Defendants.

24-CV-1261 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Mr. Yeo's request for an extension is granted in part *nunc pro tunc*. Mr. Yeo shall file any response to Plaintiffs' motion for sanctions and adverse inferences on or before February 24, 2025. Mr. Yeo is warned that the Court will not grant any further extensions of this deadline.

    The Clerk of Court is directed to mail a copy of this order to Mr. Yeo.

    SO ORDERED.

Dated: February 14, 2025
       New York, New York

                                                      _____
                                                          J. PAUL OETKEN
                                                 United States District Judge