**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
FIDENCIO CANO ARMENTA, et al.,            :
                                          :
                       Plaintiffs,     :        24-CV-1261 (JPO)
                                          :
                       -against-      :        **ORDER**
                                          :
SINGAPORE GRILL NY INC., et al.,          :
                                          :
                       Defendants.     :
                                          :
                                          :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file a joint status letter on the docket by **Monday, June 30, 2025**, indicating whether they would like another confidential settlement call.

**SO ORDERED.**

Dated: June 17, 2025
       New York, New York

                                                    *s/ Ona T. Wang*
                                                    **Ona T. Wang**
                                      United States Magistrate Judge