**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FIDENCIO CANO ARMENTA, et al.,

                    Plaintiffs,

                    -against-

SINGAPORE GRILL NY INC., et al.,

                    Defendants.

------------------------------------------------------------x

24-CV-1261 (JPO)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file a joint status letter on the docket by **Thursday, July 17, 2025**, indicating whether they would like another confidential settlement call.

      **SO ORDERED.**

Dated: July 10, 2025
      New York, New York

                                                    *s/ Ona T. Wang*
                                                      **Ona T. Wang**
                                              United States Magistrate Judge