**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
FIDENCIO CANO ARMENTA,

             Plaintiff,

       -against-

SINGAPORE GRILL NY INC., et al.,

             Defendants.

------------------------------------------------------------x

24-CV-1261 (JPO) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court congratulates the parties on their settlement in principle. The parties are directed to meet and confer to discuss whether they would like to consent to magistrate judge jurisdiction, and if they do, to file the consent form no later than Monday, September 15, 2025. If the parties do not consent to magistrate judge jurisdiction, they must file a joint letter no later than September 16, 2025, proposing a briefing schedule for their *Cheeks* motion.

    **SO ORDERED.**

Dated: September 8, 2025
       New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge