**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FIDENCIO CANO ARMENTA,

                Plaintiff,

                -against-

SINGAPORE GRILL NY INC., et al.,

                Defendants.

------------------------------------------------------------x

24-CV-1261 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

In light of the parties' settlement agreement, the parties are directed to meet and confer then file a joint letter no later than **October 10, 2025**, on the docket, either informing the Court that they intend to follow the example put forth in *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019) or proposing a briefing schedule for their *Cheeks* submissions.

       **SO ORDERED.**

Dated: September 26, 2025
       New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge