**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
FIDENCIO CANO ARMENTA,                          :
                                                :
            Plaintiff,                :   24-CV-1261 (OTW)
                                                :
            -against-                :   **ORDER**
                                                :
SINGAPORE GRILL NY INC., et al.,                :
                                                :
            Defendants.               :
                                                :
-------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court has reviewed the parties' settlement submission, (ECF Nos. 136, 136-1), pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and finds that the proposed settlement is fair and reasonable.

      The Clerk of Court is respectfully directed to close ECF 136 and then close the case.

      **SO ORDERED.**

                                                                       */s/ Ona T. Wang*

Dated: November 18, 2025                         **Ona T. Wang**
       New York, New York                     United States Magistrate Judge